# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERARD JOHNSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 24-00398-KD |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice for failure to exhaust administrative remedies with the Federal Bureau of Prisons.

Because Gerard Johnson is a federal prisoner proceeding pursuant to 28 U.S.C. § 2241, he is not required to obtain a certificate of appealability before filing an appeal. See Sawyer v. Holder, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003).

**DONE** this 14th day of November 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE